NEW JERSEY EXPRESSWAY AUTHORITY v. ZONING BOARD
OF ADJUSTMENT OF WINSLOW TOWNSHIP.

July 8, 1988.

Petition for certification denied.

ILA SUTTON v. GORDON LIENAU.

July 8, 1988.

Petition for certification denied.   (See 225 *N.J.Super.* 293)

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
OF AUSTIN CROSBIE, DECEASED.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RICKY ZUBER.

July 8, 1988.

Petition for certification granted and the matter is summarily
remanded to the trial court for reconsideration of defendant's
sentence;  in the exercise of his discretion, the sentencing judge
may consider and apply the standards articulated in *State v.
Yarbough,* 100 *N.J.* 627 (1985).